IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMGEN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WATSON LABORATORIES, INC. and ACTAVIS PHARMA, INC.,<br><br>Defendants. | ) | C.A. No. 16-855-GMS |

**DEFENDANTS WATSON LABORATORIES, INC. AND ACTAVIS PHARMA, INC.'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Watson Laboratories, Inc. ("Watson Laboratories") and Actavis Pharma, Inc. ("Actavis Pharma") hereby state as follows:[1]

1. Watson Laboratories is an indirect wholly-owned subsidiary of Teva Pharmaceuticals USA, Inc., which is an indirect wholly-owned subsidiary of Teva Pharmaceutical Industries Ltd., which is a publicly traded company.
2. Teva Pharmaceutical Industries Ltd. is the only publicly traded company that owns 10% or more of the stock of Teva Pharmaceuticals USA, Inc. and Watson Laboratories.
3. Actavis Pharma is an indirect wholly-owned subsidiary of Teva Pharmaceuticals USA, Inc., which is an indirect wholly-owned subsidiary of Teva Pharmaceutical Industries Ltd., which is a publicly traded company.

[1] Actavis, Inc., formerly a defendant, has been dismissed pursuant to a Stipulation of Dismissal. [D.I. 13]

4. Teva Pharmaceutical Industries Ltd. is the only publicly traded company that owns 10% or more of the stock of Teva Pharmaceuticals USA, Inc. and Actavis Pharma.

*<u>/s/ Karen E. Keller</u>*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Defendants Watson Laboratories, Inc. and Actavis Pharma, Inc.*

OF COUNSEL:
C. Kyle Musgrove
John W. Bateman
Elizabeth M. Crompton
HAYNES AND BOONE, LLP
800 17th Street, N.W.
Suite 500
Washington, DC 20006
(202) 654-4500

Dated: November 18, 2016